AO 442 (Rev. 10/03) Warrant for Arrest (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western District of Texas

FILED
2017 JUL -5 PM 4:11
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

JUAN CARLOS GARCIA

**WARRANT FOR ARREST**

Case Number: DR:17-CR-693 (03)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JUAN CARLOS GARCIA
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)
COUNT 1 - 18 USC 2 & 1792 - Aiding and Abetting Mutiny and Riot in a Federal Correctional Facility.

in violation of Title(s) _____ United States Code, Section(s) Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

7/5/2017                Del Rio, TX
Date and Location

DATE ISSUED: 7/5/2017

Bail fixed at $ Detain    by    U.S. Magistrate Judge Victor R. Garcia
                                 Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Del Rio Texas

| DATE RECEIVED 7/5/17 | NAME AND TITLE OF ARRESTING OFFICER DUSM Willette | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7/5/17 | | |